No. 10144. STATE OF MONTANA on the relation of OBERT L. MYERS, Relator, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the STATE OF MONTANA In and For the COUNTY OF LAKE, and the HONORABLE E. GARDNER BROWNLEE, Judge presiding, Respondents.

Submitted and Decided April 13, 1960.

350 Pac. (2d) 850.

*Stanley M. Doyle,* for relator.

PER CURIAM.

Original proceeding. Petition for writ of prohibition or other appropriate writ.

The application for the writ is denied and the proceeding ordered dismissed.